FILED

09/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0463

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0463

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JUSTIN DALLAS PETERSON,

      Defendant and Appellant.

_____

**ORDER**

_____

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 29, 2023, within which to prepare, file, and serve its response brief.

**TKP**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 22 2023